Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:    (818) 933-5700
Facsimile:     (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. SV12-18279-MT |
| Nelson Anderson | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF THE** |
| | ) | **FINAL REPORT OF TRUSTEE AND** |
| DEBTOR | ) | **CERTIFICATION THAT THE ESTATE** |
| | ) | **HAS BEEN FULLY ADMINISTERED** |

To the Honorable Maureen Tighe, U.S. Bankruptcy Judge, Debtor, Debtor's attorney and all interested parties:

The Final Report of Trustee and Certification that the Estate has been Fully Administered filed on November 20, 2012, is hereby withdrawn.

Executed at Sherman Oaks, California on December 28, 2012

DATED: December 28, 2012

*Elizabeth F Rojas*
Elizabeth Rojas
Chapter 13 Standing Trustee

<u>PROOF OF SERVICE</u>

I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case. I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief. Executed at Sherman Oaks, California, on December 28, 2012.

*Elizabeth F Rojas*
_____
Elizabeth Rojas, Trustee

I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to the above action and that on December 28, 2012 I mailed copies of this document to:

Nelson Anderson
5395 Churchwood Drive
Oak Park, CA  91377

Yelena Gurevich
Consumer Action Law Group PC
450 N Brand Blvd Ste 600
Glendale, CA  91203

Executed at Sherman Oaks, California on December 28, 2012.

_____
Patricia Trujillo

Page 1 - Case No. SV12-18279-MT