**United States Bankruptcy Court**
**Central District Of California**

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Nelson Anderson

**BANKRUPTCY NO.**  1:12−bk−18279−MT

**CHAPTER**  13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−7270
**Employer Tax−Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/1/13

**Address:**
5395 Churchwood Drive
Oak Park, CA 91377

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: March 1, 2013

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN−150) Rev. 03/09

**37 / EG3**